June 29, 2017

**FILED**

Clerk of the Court
United States District Court for the Eastern District of California
ROBERT T. MATSUI FEDERAL COURTHOUSE
501 I Street, Room 4-200
Sacramento, CA 95814

JUL 0 5 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RE: Registration of Foreign Judgment, entered in *Fry v. O'Dea,* Case 08-cv-49 (S.D.Iowa)

Dear Sir or Ma'am,

Enclosed please find a Certified form AO-451 with attached judgment entered in the above styled case. The undersigned is the assignee of the judgment, as per the Assignment of Judgment (also enclosed) filed as ECF No 42 in that case.

The undersigned is proceeding *pro se*. Please open a miscellaneous case as the registration of the judgment, per 28 U.S.C. § 1963. The $47.00 filing fee is enclosed.

Thank you,

Lawrence E Pecan
1417 Tangier St
Coral Gables FL, 33134
LPecan@gmail.com

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

| | |
|---|---|
| Kenneth Ralph Fry <br> *Plaintiff* <br> v. <br> Matthew P. O'Dea <br> *Defendant* | ) ) ) ) ) Civil Action No. 3:08-cv-00049 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/14/2010 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 06/23/2017

JOHN S. COURTER, Clerk

By: *[signature]*

DEPUTY CLERK

**ECF CERTIFICATION**
I DO HEREBY ATTEST AND CERTIFY THIS IS A TRUE AND FULL COPY OF A DOCUMENT WHICH IS PART OF THE ELECTRONIC CASE FILE MAINTAINED BY THE U.S. DISTRICT COURT.

DATE: 6/23/2017
JOHN S. COURTER, CLERK
BY: *[signature]*
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

KENNETH RALPH FRY,

        Plaintiff

v

MATTHEW P. O'DEA,

        Defendant

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:08-cv-49

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Plaintiff's motion default judgment is granted. Judgment is entered in favor of the Plaintiff, Kenneth Ralph Fry and against the Defendant, Matthew P. O'Dea in the amount of $25,000.00, with taxable costs charged to the Defendant.

Date: May 14, 2010

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk

**RECEIVED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JUN **26** 2017

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

KENNETH RALPH FRY,

    Plaintiff,

v.

MATTHEW P. O'DEA,

    Defendant.

Case No. 3:08-cv-49

### ASSIGNMENT OF JUDGMENT

    KENNETH RALPH FRY (the *"Assignor"*), for good and valuable consideration, the receipt of which is hereby acknowledged, assigns that certain Amended Final Judgment in a Civil Case [ECF No. 40] (the *"Judgment"*) to LAWRENCE E. PECAN (the *"Assignee"*) and states as follows:

    1.    The Judgment was entered on May 14, 2010, in the amount of $25,000.00.

    2.    No payments have been made, and thus the principal balance of $25,000.00 plus postjudgment interest remains due and owing.

    3.    The Assignor, is the holder of the Judgment and assigns it *in toto*, to the Assignee, Lawrence E. Pecan, 1417 Tangier St, Coral Gables FL, 33134.

                                               Kenneth Ralph Fry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

KENNETH RALPH FRY,

    Plaintiff,

v.

MATTHEW P. O'DEA,

    Defendant.

Case No. 3:08-cv-49

### CERTIFICATE OF SERVICE

LAWRENCE E. PECAN (the *"Assignee"*) hereby certifies that a true and correct copy of the Assignment of Judgment was served upon the Defendant, Matthew P. O'Dea by U.S. Mail to 5158 WEDGEWOOD WAY, ROCKLIN, CA 95765-5056 on June 23, 2017.

Respectfully submitted,

Lawrence E. Pecan, Assignee
Judgment Creditor, *pro se*
1417 Tangier St.
Coral Gables FL 33134
+1.352.281.1185
LPecan@gmail.com

Lawrence E. Decan
1417 Tangier St
Coral Gables FL 33134

MIAMI FL 331

23 JUN 2017 PM 3 L

Clerk of the United States District Court
US District Courthouse
123 E. Walnut St.
Des Moines IA 50309

50305-208499

CLEARED BY U.S.M.S.