Lawrence E Pecan

*Pro se* Assignee of Judgment Creditor

1417 Tangier Street

Coral Gables, FL 33134

+1.352.281.1185

**FILED**

JUL 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Ralph Fry,<br><br>    Plaintiff,<br><br>v.<br><br>Matthew P. O'Dea,<br><br>    Defendant. | No. 2:17-mc-00102-KJM-AC |

**NOTICE OF MOTION AND MOTION FOR AN ORDER DIRECTING THE CLERK**

**TO (1) UPDATE THE CAPTION OF THE CASE; AND**

**(2) TO PROVIDE THE *PRO SE* ASSIGNEE WITH A CM/ECF LOGIN**

**Per the Local Rules, no hearing is necessary**

LAWRENCE E. PECAN (the "Assignee") moves for the entry of an Order directing the Clerk to (1) update the caption of the case; and (2) to provide the *pro se* assignee with a CM/ECF login, and states as follows:

1. On June 22, 2017, the Plaintiff in this action assigned the judgment to Assignee, and such Assignment of Judgment was filed with the clerk of the court for the Southern District of

1

1  Iowa.

2  2.  On July 5, 2017, the Judgment was registered in this
3  Court. *See ECF No. 1.* Attached to the Judgment was the assignment
4  filed in the Southern District of Iowa. However, the docket
5  reflects the original judgment creditor, rather than the
6  assignee, as the Plaintiff.

7  3.  Accordingly, the caption of the case should be updated
8  to reflect the caption of Lawrence E. Pecan v. Matthew P. O'Dea.

9  4.  Pursuant to LR 133(b)(3), which permits the clerk to
10 grant CM/ECF filing privileges to *pro se* parties (upon order of
11 the Court) the Assignee also requests that he be granted a CM/ECF
12 login for use in prosecuting this case. This will aid the Court
13 and the parties, and minimize administrative burden on the Court
14 attendant with paper filings.

15 WHEREFORE, Assignee requests the Court enter an Order (A)
16 directing the Clerk to (1) update the caption of the case; and
17 (2) to provide the *pro se* assignee with a CM/ECF login, and (B)
18 granting such other and further relief as is just and
19 appropriate.

Respectfully submitted,

Lawrence E. Pecan, Assignee
Judgment Creditor, *pro se*
1417 Tangier St.
Coral Gables FL 33134
+1.352.281.1185
LPecan@gmail.com

2