

FILED

JUL 1 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Lawrence E Pecan
Judgment Creditor (Assignee), Pro Se
1417 Tangier St, Coral Gables FL 33134
LPecan@gmail.com
+1.352.281.1185

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Kenneth Ralph Fry

PLAINTIFF(S)

v.

Matthew P O'Dea

DEFENDANT(S).

CASE NUMBER

2:17-mc-00102-KJM-AC

**AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION**

☐ State of California, County of _____

☒ State of Florida, County of Miami-Dade

I, Lawrence Pecan, hereby state under penalty of perjury that,

1. Judgment for $ 25,000.00 was registered on July 5, 2017 on the docket of the above-entitled action in the U. S. District Court, Eastern District of California in favor of Kenneth Ralph Fry, as assigned to Lawrence E Pecan as Judgment Creditor, and against Matthew P. O'Dea as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:08-cv-49 in the United States District Court for the Southern District of Iowa and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Southern District of Iowa are the following sums:
   $ 4,199.42 accrued interest, computed at 2.35 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Miami, FL, Miami Dade County, State of Florida, this 5th date of July, 2017.

_____
Signature

***Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION