UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RALPH FRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW P. O'DEA,<br><br>　　　　　Defendant. | No.  2:17-mc-00102-KJM-AC<br><br><br>ORDER |

This matter, which is referred to the undersigned pursuant to LR 302(c)(21), is a registration of a foreign judgment. ECF No. 1. The judgment has been registered and this case has been closed. Id. Lawrence E. Pecan, proceeding pro se, now moves as judgment assignee to have the caption changed to reflect himself as the plaintiff. ECF No. 2. The docket currently reflects Mr. Pecan's status as "Intervenor Plaintiff." Mr. Pecan also moves for CM/ECF filing privileges pursuant to Local Rule 133(b)(2). The undersigned agrees that the case caption should be corrected to identify Mr. Pecan, who has provided documentation of the judgment assignment, as plaintiff in this matter. Id. However, because no further filings are required in this case and the case is closed, issuance of CM/ECF credentials to Mr. Pecan is not appropriate or necessary.

////

////

////

1

1  Good cause appearing, IT IS HEREBY ORDERED that Mr. Pecan's request to change the
2  caption in this case is GRANTED, and his request for CM/ECF access is DENIED.
3  DATED: July 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE