Lawrence E Pecan

*Pro se* Assignee of Judgment Creditor

1417 Tangier Street

Coral Gables, FL 33134

+1.352.281.1185

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence E. Pecan,<br><br>   Plaintiff,<br><br>v.<br><br>Matthew P. O'Dea,<br><br>   Defendant. | No.   2:17-mc-00102-KJM-AC |

**NOTICE OF FILING PROPOSED WRIT OF EXECUTION**

LAWRENCE E. PECAN (the "Assignee") hereby gives notice of filing the proposed writ of execution, as requested in his Request for Writ of Execution [ECF No. 3] and requests the clerk enter the writ in substantially the form attached as Exhibit A.

Respectfully submitted,

Lawrence E. Pecan, Assignee
Judgment Creditor, *pro se*
1417 Tangier St.
Coral Gables FL 33134
+1.352.281.1185
LPecan@gmail.com

1

# Exhibit A

# PROPOSED WRIT

Lawrence E Pecan
Pro se Assignee of Judgment Creditor
1417 Tangier Street
Coral Gables, FL 33134
+1.352.281.1185

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Lawrence E. Pecan | CASE NUMBER: 2:17-mc-00102-KJM-AC |
|---|---|
| Plaintiff(s) | |
| v. | |
| Matthew P. O'Dea | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:**   THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On May 14, 2010 a judgment was entered in the above-entitled action in favor of:

Kenneth Ralph Fry, as assigned to Lawrence E. Pecan

as Judgment Creditor and against:

Matthew P. O'Dea

as Judgment Debtor, for:

$ 25,000.00    Principal,
$ _____    Attorney Fees,
$ _____    Interest **, and
$ _____    Costs, making a total amount of
$ 25,000.00    **JUDGMENT AS ENTERED**

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** <u>Southern</u> **District of** <u>Iowa</u>, to wit:

$ <u>     4,199.42</u>  accrued interest, and

$ <u>                    </u>  accrued costs, making a total of

$ <u>     4,199.42</u>  **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ <u>0.00          </u> which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ <u>    29,199.42</u>  **ACTUALLY DUE** on the date of the issuance of this writ of which

$ <u>    29,199.42</u>  Is due on the judgment as entered and bears interest at <u>2.35%    </u> percent per annum, in the amount of $ <u>1.61         </u> per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____   By: _____
                                                     Deputy Clerk

---

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                                           PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Matthew P. O'Dea
5158 Wedgewood Way
Rocklin, CA 95765
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---